UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WARNER,<br>　　　　　Plaintiff,<br>　　v.<br>M. STOLLER, et al.,<br>　　　　　Defendants. | Case No. 16-cv-04762-YGR (PR)<br><br>**ORDER OF TRANSFER** |

　　On August 18, 2016, Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against officials at the California Health Care Facility ("CHCF"). CHCF lies in San Joaquin County. Because San Joaquin County lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the Eastern District of California. *See* 28 U.S. C. § 1406(a). The Clerk of the Court shall transfer the case forthwith.

　　All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

　　IT IS SO ORDERED.

Dated: September 7, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge